IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MICHAEL J. PISKANIN, Jr.,
    Petitioner,
    v.
KENNETH CAMERON, WARDEN,
S.C.I. CRESSON,

Case No. 3:13-cv-25-KRG-KAP

## MEMORANDUM ORDER

This matter was referred to Magistrate Judge Keith A. Pesto for proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(1), and subsections 3 and 4 of Local Rule 72.1 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on February 6, 2013, docket no. 3, recommending that the petitioner's petition for a writ of habeas corpus be dismissed before service without a certificate of appealability.

The petitioner was notified that pursuant to 28 U.S.C.§ 636(b)(1), he had fourteen days to file written objections to the Report and Recommendation. Petitioner filed timely objections, docket no. 5, which are meritless.

After *de novo* review of the record of this matter together with the Report and Recommendation and the objections thereto, the following order is entered:

AND NOW, this 20th day of February, 2013, it is

ORDERED that the petitioner's petition for a writ of habeas corpus is denied and dismissed. No certificate of appealability shall issue. The Report and Recommendation is adopted as the opinion of the Court. The Clerk shall mark this matter closed. The petitioner's motion for leave to proceed in forma pauperis, docket no. 4, is granted.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice by U.S. Mail to:

>Michael J. Piskanin GG-2457
>S.C.I. Cresson
>P.O. Box A
>Cresson, PA 16699-0001